## *UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI

## **NOTICE**

UNITED STATES OF AMERICA

V.  CASE NO. 4:15CR109-SA-JMV

CLAYTON WOOD WILSON  DEFENDANT

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| **UNITED STATES FEDERAL BUILDING**<br>**301 WEST COMMERCE STREET**<br>**ABERDEEN, MISSISSIPPI** | **COURTROOM 1 - THIRD FLOOR**<br>**TUESDAY, NOVEMBER 3, 2015, 1:30 P.M.**<br><br>**Date and Time** |

Type of Proceeding

**WAIVING OF INDICTMENT/ FILING OF INFORMATION/
TAKING OF PLEA AS TO COUNT ONE OF THE INFORMATION
BEFORE UNITED STATES DISTRICT JUDGE SHARION AYCOCK.
A PRESENTENCE INTERVIEW WILL TAKE PLACE IMMEDIATELY FOLLOWING
THE PLEA PROCEEDINGS. COUNSEL FOR DEFENDANT MAY ATTEND.
*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES**

DAVID CREWS, Clerk of Court

BY: /s/ Ginger Sisk
Ginger Sisk - Courtroom Deputy

Date: October 7, 2015

To:  M. Kevin Horan (electronic notice only)  William C. Spencer (electronic notice only)
Clayton A. Dabbs (electronic notice only)  U. S. Probation Service (electronic notice only)
U. S. Marshal Service (electronic notice only)

**CONTACT GINGER SISK AT 662-369-2628 OR ginger_sisk@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS**