## *UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI

## NOTICE OF DATE CHANGE AND LOCATION

UNITED STATES OF AMERICA

V.   CASE NO. 4:15CR109-SA-JMV

CLAYTON WOOD WILSON   DEFENDANT

**TAKE NOTICE** that a proceeding in this case has been **RESET** for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| **UNITED STATES FEDERAL BUILDING** <br> **911 JACKSON AVENUE** <br> **OXFORD, MISSISSIPPI** | **COURTROOM 3E - THIRD FLOOR** <br> **FRIDAY, NOVEMBER 6, 2015, 11:15 A.M.** <br><br> **Date and Time** |

**Type of Proceeding**

**WAIVING OF INDICTMENT/ FILING OF INFORMATION/
TAKING OF PLEA AS TO COUNT ONE OF THE INFORMATION
BEFORE UNITED STATES DISTRICT JUDGE SHARION AYCOCK.
A PRESENTENCE INTERVIEW WILL TAKE PLACE IMMEDIATELY FOLLOWING
THE PLEA PROCEEDINGS. COUNSEL FOR DEFENDANT MAY ATTEND.
*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES**

DAVID CREWS, Clerk of Court

BY:  /s/ Ginger Sisk
   Ginger Sisk - Courtroom Deputy

Date:  October 29, 2015

To:   M. Kevin Horan (electronic notice only)        William C. Spencer (electronic notice only)
   Clayton A. Dabbs (electronic notice only)        U. S. Probation Service (electronic notice only)
   U. S. Marshal Service (electronic notice only)

**CONTACT GINGER SISK AT 662-369-2628 OR ginger_sisk@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS**